1  Evan R. Moses CA Bar No. 198099
   evan.moses@ogletree.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
3  Los Angeles, CA 90071
   Telephone:  213.239-9800
4  Facsimile:   213.239.9045

5  Patricia M. Matias CA Bar No. 254125
   patricia.matias@ogletree.com
6  Nardo J. Catahan CA Bar No. 285741
   nardo.catahan@ogeltree.com
7  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   695 Town Center Drive, Suite 1500
8  Costa Mesa, CA 92626
   Telephone:  714.800.7900
9  Facsimile:   714.754.1298

10 Attorneys for Defendant,
   AutoZoners, LLC

11

12                    UNITED STATES DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

14 DANIEL FIGUEROA,                      Case No. 2:18-CV-01106-ODW-MRWx

15              Plaintiff(s),            Assigned for all purposes to:

16       vs.                            District Judge:  Otis D. Wright, II
                                        Magistrate Judge:  Michael R. Wilner
17 AUTOZONERS, LLC, a Nevada
   limited liability company; and DOES 1-  **DECLARATION OF PATRICIA A.**
18 100, inclusive,                      **MATIAS IN SUPPORT OF**
                                        **DEFENDANT AUTOZONERS, LLC'S**
19                                      **MOTION TO COMPEL**
                                        **ARBITRATION AND STAY MATTER,**
20              Defendant(s).           **OR, IN THE ALTERNATIVE,**
                                        **MOTION TO DISMISS PURSUANT**
21                                      **TO FED. R. CIV. 12(B)(1)**

22                                      *[Notice of Motion; Memorandum of Points*
                                        *and Authorities; Declaration of Todd*
23                                      *Williams; Request for Judicial Notice; and*
                                        *[Proposed] Order filed concurrently*
24                                      *herewith]*

25                                      Complaint Filed: February 12, 2018

26                                      Hearing Date:     June 4,  2018
                                        Hearing Time:     1:30 p.m.
27                                      Location:         Courtroom 5D

28
                                                  Case No. 2:18-CV-01106-ODW-MRWx
─────────────────────────────────────────────────────────────────
     DECLARATION OF PATRICIA A. MATIAS IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL
     ARBITRATION AND STAY MATTER, OR, IN THE ALTERNATIVE, MOTION TO DISMISS

## DECLARATION OF PATRICIA A. MATIAS

I, Patricia A. Matias, declare and state as follows:

1.      I am an attorney at the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for defendant AutoZoners, LLC.

2.      I make this declaration in support of Defendant AutoZoners, LLC's Motion to Compel Arbitration and Stay Matter or, in the Alternative, Motion to Dismiss Pursuant to Fed. R. Civ. 12(b)(1).  I have personal knowledge of the facts set forth below and, if called upon as a witness, I could and would competently testify thereto.

3.      On February 27, 2018, I sent an e-mail correspondence to Jenny Baysinger, of Mayall Hurley P.C., counsel of record for Plaintiff in this action, in order to fulfill our meet and confer duties per Central District of California Local Rule 7-3.  Notably, on the same day, I transmitted to Ms. Baysinger copies of AutoZone's Dispute Resolution Agreement ("Arbitration Agreement") and Plaintiff's Compliance Report which showed that Plaintiff agreed to binding arbitration.  A number of follow-up e-mail and phone communications took place afterwards in order to discuss how the Arbitration Agreement impacted Plaintiff's various claims, but the parties were unable to resolve these issues.

I declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct.

Executed this 30th day of April 2018, at Costa Mesa, California

_____/S/ Patricia A. Matias_____
Patricia A. Matias

DECLARATION OF PATRICIA A. MATIAS IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL
ARBITRATION AND STAY MATTER, OR, IN THE ALTERNATIVE, MOTION TO DISMISS

**CERTIFICATE OF SERVICE**
*Daniel Figueroa v. AutoZoners, LLC*
Case No. 2:18-cv-01106-ODW(MRWx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On April 30, 2018, I served the following document(s):

**DECLARATION OF PATRICIA A. MATIAS IN SUPPORT OF DEFENDANT AUTOZONERS, LLC'S MOTION TO COMPEL ARBITRATION AND STAY MATTER, OR, IN THE ALTERNATIVE, MOTION TO DISMISS PURSUANT TO FED. R. CIV. 12(B)(1)**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached mailing list.

☒   **BY CM/ECF:** I filed the above referenced document with the Clerk of the United States District Court of Central District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System.

☐   **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒   **(Federal):** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 30, 2018, at Costa Mesa, California.

Lisa Sles
_____          _____
Type or Print Name                                          Signature

1

## SERVICE LIST

William J. Gorham, Esq.                    *Attorneys for Plaintiff*
Nicholas J. Scardigli, Esq.                *DANIEL FIGUEROA*
Robert J. Wasserman, Esq.
Jenny D. Baysinger, Esq.
MAYALL HURLEY, P.C.
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Tel: (209) 477-3833
Fax: (209) 477-4818
Email: wgorham@mayallaw.com
nscardigli@mayallaw.com
rwasserman@mayallaw.com
jbaysinger@mayallaw.com

33200333.1