UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   LACV 18-01106-VAP (SPx)                               Date: June 19, 2020

Title   *Daniel Figueroa v. AutoZoners, LLC, et al.*

Present: The Honorable:   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO COMPLY WITH COURT ORDER (IN CHAMBERS)**

On January 31, 2019, the Court ordered the parties to file a joint status report every ninety days following the first status report filed on April 30, 2019.  The last status report filed in this case was on July 31, 2019.  The parties are hereby ORDERED to file a status report on or before June 25, 2020.  Failure to file the status report timely may result in an order dismissing the action for failure to prosecute.

IT IS SO ORDERED.

:
**Initials of Preparer**   CCH