William J. Gorham CA Bar No. 151773
wgorham@mayallaw.com
Nicholas J. Scardigli CA Bar No. 249947
nscardigli@mayallaw.com
Robert J. Wasserman CA Bar No. 258538
rwasserman@mayallaw.com
Jenny D. Baysinger CA Bar No. 251014
jbaysinger@mayallaw.com
MAYALL HURLEY P.C.
2453 Grand Canal Boulevard
Stockton, California 85207-8253
Telephone:  209.477.3833
Facsimile:   209.477.4818

Attorneys for Plaintiff Daniel Figueroa, individually and on behalf of all others similarly situated, and as a proxy for the LWDA

*[SEE ADDITIONAL PARTIES ON NEXT PAGE]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FIGUEROA,<br><br>   Plaintiff,<br><br>   v.<br><br>AUTOZONERS, LLC, a Nevada limited liability company; and DOES 1-100, inclusive,<br><br>   Defendants. | CASE NO. 2:18-cv-01106-VAP-SP<br><br>**JOINT STIPULATION TO DISMISS CLAIMS WITH PREJUDICE**<br><br>Hon. Judge Virginia A. Phillips |

| | |
|---|---|
| 1 | Evan R. Moses CA Bar No. 198099 |
| | evan.moses@ogletree.com |
| 2 | OGLETREE, DEAKINS, NASH, |
| | SMOAK & STEWART, P.C. |
| 3 | 400 South Hope Street, Suite 1200 |
| | Los Angeles, CA 90071 |
| 4 | Telephone:  213.239.9800 |
| | Facsimile:   213.239.9045 |
| 5 | |
| 6 | Elizabeth A. Falcone CA Bar No. 219084 |
| | OGLETREE, DEAKINS, NASH, |
| | SMOAK & STEWART, P.C. |
| 7 | The KOIN Center |
| | 222 SW Columbia Street, Suite 1500 |
| 8 | Portland, OR 9720 |
| | Telephone:  503.552.2140 |
| 9 | Facsimile:   503.224.4518 |
| 10 | |
| 11 | Graham M. Hoerauf CA Bar No. 307649 |
| | graham,hoerauf@ogletree.com |
| 12 | OGLETREE, DEAKINS, NASH, |
| | SMOAK & STEWART, P.C. |
| 13 | Park Tower, Fifteenth Floor |
| | 695 Town Center Drive |
| 14 | Costa Mesa, CA  92626 |
| | Telephone:  714.800.7900 |
| 15 | Facsimile:   714.754.1298 |
| 16 | Attorneys for Defendant AutoZoners, LLC |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JOINT STIPULATION TO DISMISS CLAIMS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41, subdivision (a)(1)(A)(ii), Plaintiff Daniel Figueroa and Defendant Autozoners, LLC, by and through their respective counsel, hereby stipulate and agree to dismiss, with prejudice, all claims asserted on an individual basis. The Fourth Cause of Action seeking to assess and collect civil penalties pursuant to the California Private Attorneys' General Act of 2004, Cal. Labor Code §§ 2698, et seq. (the "PAGA Claim"), is not being dismissed and shall remain pending. In support of this Joint Stipulation, the parties agree as follows:

1. Plaintiff Daniel Figueroa filed his initial Class Action and Individual Complaint for Damages in this action on February 12, 2018. Dkt. 4.

2. On July 5, 2018, Plaintiff filed a Notice of Dismissal of all claims, other than the Fourth Cause of Action PAGA Claim, without prejudice. Dkt. 38.

3. The previously dismissed individual claims were submitted to arbitration through JAMS, have now been resolved by the Parties, and should be formally and finally dismissed, with prejudice.

IT IS STIPULATED AND AGREED, subject to the Court's approval, that:

1. All of Plaintiff's claims in the above-captioned proceeding, shall be dismissed with prejudice, **with the exception of Plaintiff's Fourth Cause of Action PAGA Claim**, which shall remain pending.

2. Plaintiff's Fourth Cause of Action PAGA Claim will not be dismissed and Plaintiff's standing to pursue such claim shall not be impacted by this Stipulation and/or dismissal of any other claim.

3. This Stipulation does not itself impact any stay presently in place in the matter and does not waive any right of the parties to stipulate to, and/or to seek, further extensions, stays, or modifications/dissolution of existing stays.

4. Nothing in this Stipulation shall alter or amend any party's other rights. Nothing in this Stipulation shall be construed as a waiver of Plaintiff's or Defendant's rights or positions in law or in equity, or as a waiver of any defenses or arguments that Plaintiff or Defendants would otherwise have.

Dated: August 4, 2021          MAYALL HURLEY P.C.


By: /s/ *Jenny D. Baysinger*-----------------------
William J. Gorham
Nicholas J. Scardigli
Robert J. Wasserman
Jenny D. Baysinger
Attorneys for Plaintiff Daniel Figueroa

Dated: August 4, 2021          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Graham* M. *Hoerauf* _____
Evan R. Moses
Elizabeth A. Falcone

Graham M. Hoerauf
Attorneys for Defendant AutoZoners, LLC

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, Graham M. Hoerauf hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/Graham M. Hoerauf