JS-6

Evan R. Moses, CA Bar No. 198099
evan.moses@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:  213.239.9800
Facsimile:   213.239.9045

Elizabeth A. Falcone, CA Bar No. 219084
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 9720
Telephone:  503.552.2140
Facsimile:   503.224.4518

Graham M. Hoerauf, CA Bar No. 307649
graham.hoerauf@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714.800.7900
Facsimile:   714.754.1298

Attorneys for Defendant AutoZoners, LLC

*[SEE ADDITIONAL PARTIES ON PAGE 2]*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FIGUEROA,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOZONERS, LLC, a Nevada limited liability company; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-01106-VAP-SP<br><br>**ORDER DISMISSING CLAIMS WITH PREJUDICE**<br><br>Complaint Filed: February 12, 2018<br>Trial Date:          None Set<br>District Judge:   Hon. Virginia A. Phillips<br>Magistrate Judge: Hon. Sheri Pym |

LA18CV01106-VAP-[PROP]

1  William J. Gorham CA Bar No. 151773
   wgorham@mayallaw.com
2  Nicholas J. Scardigli CA Bar No. 249947
   nscardigli@mayallaw.com
3  Robert J. Wasserman CA Bar No. 258538
   rwasserman@mayallaw.com
4  Jenny D. Baysinger CA Bar No. 251014
   jbaysinger@mayallaw.com
5  MAYALL HURLEY P.C.
   2453 Grand Canal Boulevard
6  Stockton, CA 85207-8253
   Telephone:  209.477.3833
7  Facsimile:   209.477.4818

8  Attorneys for Plaintiff Daniel Figueroa

LA18CV01106-VAP-[PROP]

Upon review of the parties' joint stipulation to dismiss all claims asserted on an individual basis with prejudice, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. Plaintiff's First Cause of Action (Violation of Labor Code Section 226) is dismissed with prejudice;

2. Plaintiff's Second Cause of Action (Violation of Labor Code Section 226(a) is dismissed with prejudice;

3. Plaintiff's Third Cause of Action (Unfair/Unlawful Business Practices (Cal. Bus. & Prof. Code Section 17200)) is dismissed with prejudice;

4. Plaintiff's Fifth Cause of Action (Violation of Gov. Code Section 12940(a) (Age Discrimination)) is dismissed with prejudice;

5. Plaintiff's Sixth Cause of Action (Violation of Government Code Section 12940(a) (Disability Discrimination)) is dismissed with prejudice;

6. Plaintiff's Seventh Cause of Action (Violation of Government Code Section 12940(m) is dismissed with prejudice;

7. Plaintiff's Eighth Cause of Action (Violation of Government Code Section 12940(n) (Failure to Engage in the Interactive Process)) is dismissed with prejudice;

8. Plaintiff's Ninth Cause of Action (Violation of Government Code Section 12945.2(a); (g) (Denial of/Interference with CFRA Rights)) is dismissed with prejudice;

9. Plaintiff's Tenth Cause of Action (Violation of Government Code 12945.2(l) (Retaliation – CFRA)) is dismissed with prejudice;

10. Plaintiff's Eleventh Cause of Action (Violation of Government Code Section 12940(h) (Retaliation – FEHA)) is dismissed with prejudice;

11. Plaintiff's Twelfth Cause of Action (Violation of Government Code Section 12940(k) (Failure to Prevent Discrimination and Retaliation)) is dismissed with prejudice.

12. Plaintiff's Fourth Cause of Action PAGA Claim will not be dismissed and Plaintiff's alleged standing to pursue such claim shall not be impacted by this Stipulation and/or dismissal of any other claim.

**IT IS SO ORDERED.**

DATED: September 2, 2021

_____
Hon. Virginia A. Phillips

45384279.1