UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-1106 FMO (SPx) | Date | January 24, 2022 |
|---|---|---|---|
| Title | Daniel Figueroa v. AutoZoners, LLC, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Gabriela Garcia | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of **January 31, 2019**, the parties were required to file a joint status report every 90 days. (See Dkt. 47, Court's Order of January 31, 2019, at 5). As the parties previously acknowledged, (see Dkt. 65, Joint Status Report at 4), the joint status report for the most recent 90-day period was due no later than December 19, 2021.

As of the filing date of this Order, no joint status report for the most recent period has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **January 28, 2022**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of January 31, 2019. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | gga |